**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| In Re: | * | |
| | * | CHAPTER 13 |
| Peggy McDonald, | * | Case No.:10-04042 |
| | * | |
| Debtor. | * | |

## OBJECTION TO PROOF OF CLAIM

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
THE COURT WILL CONSIDER THIS MOTION, OBJECTION OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY INTEREST FILES A WRITTEN OBJECTION WITHIN **30** DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR *WRITTEN* OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITH THE CLERK OF THE COURT AT 201 ST. LOUIS STREET, MOBILE, AL 36602, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, STEPHEN L. KLIMJACK, 1306 GOVERNMENT STREET, MOBILE, AL 36604.

IF YOU FILE AND SERVE A WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. *IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, AND WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.*

**COMES NOW** Debtor, by and through undersigned counsel, and hereby files this Objection to Proof of Claim No. 6 filed by World Omni Financial Corp (hereinafter referred to as "Creditor"), and in support thereof states as follows:

1. That Debtor filed the instant case on or about August 31, 2010;

2. That Creditor filed Proof of Claim No. 6 in the instant case in the amount of $27,883.92, and that the underlying debt on which said claim is based is allegedly secured by (1) 2010 Toyota Tundra;

3. That Debtor avers the collateral at issue was voluntarily returned to creditor prior to filing the instant case;

4. That Debtor avers the underlying debt on which Proof of Claim No. 6 is based is no longer secured as to Debtor;

5. That Debtor listed the debt owed to Creditor on Schedule F accompanying the Petition;

**WHEREFORE**, premises considered, Debtor objects to the secured status of Proof of Claim No. 6 and prays this Court reclassify said claim to a general unsecured claim, along with all other and further relief as this Court deems just.

Respectfully Submitted,

   /s/ Stephen L. Klimjack
STEPHEN L. KLIMJACK (KLI005)
Stephen L. Klimjack, LLC
1306 Government Street
Mobile, AL 36604
(251) 694-0600
(251) 694-0611 fax

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 9th day of June, 2011, a copy of the foregoing document was served on the Trustee, John C. McAleer, III, by the United States Bankruptcy Court Electronic Filing System, and by United States Mail, first class postage prepaid, upon the following:

World Omni Financial Corp.
P.O. Box 991817
Mobile, Alabama 36691-8817

    /s/Stephen L. Klimjack
    STEPHEN L. KLIMJACK

- 3 -